(110 So. 925)

Jim RYALS and Dib Ryals v. STATE. (4 Div. 198.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge. Frank B. Bricken, of Luverne, for appellants. Harwell G. Davis, Atty. Gen., and Robt. G. Tate, Asst. Atty. Gen., for the State.

PER CURIAM. The court has read the evidence in this case en banc, and we are of the opinion that the same fails to identify the car found in the possession of the defendants as the car alleged to have been stolen. It follows that the general affirmative charge, requested by appellants, should have been given, and for the error in its refusal the judgment is reversed and the cause remanded. Reversed and remanded.

---

(105 So. 925)

Johnnie RYLANT v. STATE. (6 Div. 890.) (Court of Appeals of Alabama. Nov. 3, 1925.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. Habeas corpus.

RICE, J.  Affirmed, on authority of State v. O. B. Williams (Ala. App.) post, p. 695, 105 So. 927.

---

(110 So. 925)

Robert C. SCHWARZ v. STATE. (1 Div. 700.) (Court of Appeals of Alabama. Dec. 14, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Stevens, McCorvey, McLeod, Goode & Turner, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J.  Reversed and remanded, on authority of Herndon v. State (1 Div. 696) ante, p. 610, 110 So. 595.

---

(109 So. 926)

George, alias Dock, SCOTT v. STATE. (1 Div. 684.) (Court of Appeals of Alabama. June 29, 1926.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Embezzlement.

PER CURIAM.  Appeal dismissed by appellant.

---

(110 So. 925)

Pinkney SCOTT et al. v. STATE. (6 Div. 120.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

SAMFORD, J.  Appeal dismissed.

---

(106 So. 923)

Sam SEAMON v. STATE. (5 Div. 572.) (Court of Appeals of Alabama. Nov. 24, 1925.)

Appeal from Circuit Court, Elmore County; George F. Smoot, Judge. Distilling.

BRICKEN, P. J.  Appeal dismissed on motion of the Attorney General.

---

(106 So. 923)

Snow SEXTON v. STATE. (4 Div. 86.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge. Abusive language.

SAMFORD, J.  Appeal dismissed.

---

(108 So. 926)

N. S. SHAHID v. J. B. HIRSHFELD. (6 Div. 10.) (Court of Appeals of Alabama. April 20, 1926.) Appeal from Circuit Court, Jefferson County; R. V. Evans, Judge.

BRICKEN, P. J.  Appeal dismissed on motion of appellant.

---

(105 So. 925)

Arthur SHANKS and Bud Shanks v. STATE. (4 Div. 31.) (Court of Appeals of Alabama. Aug. 4, 1925.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge. Violating prohibition law. Fleming & Yarbrough, of Elba, for appellant. Harwell G. Davis, Atty. Gen., and Lamar Field, Asst. Atty. Gen., for the State.

BRICKEN, P. J.  This court is of the opinion that the conviction of Arthur Shanks, one of the appellants, was proper and without error. The judgment of conviction as to Arthur Shanks is affirmed. We are of the opinion, also, that the conviction of appellant Bud Shanks was improper. The evidence in no manner connected him with the offense complained of in the indictment. Under the evidence he was entitled to the general affirmative charge, and for the error of the court in refusing to give said charge the judgment of conviction appealed from, so far as it relates to appellant Bud Shanks, is reversed. Affirmed as to Arthur Shanks. Reversed and remanded as to Bud Shanks.